PETER GRASSI and Others v. THE NEW YORK CENTRAL RAILROAD COM-

PANY.— Motion denied, with ten dollars costs. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.